■ In the Matter of PATRICK J. HUTSON, Appellant, v STACY M. HUTSON, Respondent. [894 NYS2d 781]—Appeal from an order of the Family Court, Ontario County (William F. Kocher, J.), entered February 11, 2009 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

Now, upon reading and filing the stipulation of discontinuance signed by petitioner on January 13, 2010, the attorneys for the parties on January 21 and 22, 2010, and the Law Guardian on January 22, 2010, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Pine and Gorski, JJ.

■ In the Matter of the ESTATE OF EUGENE JASON, Deceased, Appellant, v LISA HERDMAN, Now Known as LISA KRUE, Respondent. [893 NYS2d 782]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered December 30, 2008 in a declaratory judgment action. The order denied the motion of plaintiff for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Plaintiff commenced this declaratory judgment action by filing a summons and complaint. Simultaneously, plaintiff filed an order to show cause seeking the same declaratory relief. We deem the order to show cause as constituting a motion for summary judgment, and we conclude that Supreme Court properly denied the motion. " 'A motion for summary judgment may not be made before issue is joined . . .[,] and [the courts have] strictly adhered to [that requirement]' " (*Ward v Guardian Indus. Corp.*, 17 AD3d 1100, 1101 [2005], quoting *City of Rochester v Chiarella*, 65 NY2d 92, 101 [1985]; *see* CPLR 3212 [a]; *Coolidge Equities Ltd. v Falls Ct. Props. Co.*, 45 AD3d 1289 [2007]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.